UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILKA VEGA, on her own behalf
and for all others similarly situated,

    Plaintiff,

v.                                                     Case No: 8:16-cv-2562-T-27JSS

HEALTHCARE SERVICES GROUP,
INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Dismiss Complaint and Compel Arbitration (Dkt. 5). Plaintiff has not responded and the time in which to do so has passed.[1] Upon consideration, the Motion is **GRANTED**. This case is **STAYED** pending arbitration in accordance with 9 U.S.C. § 3 and the parties agreement to arbitrate (Dkt. 5-2). The Clerk is directed to **ADMINISTRATIVELY CLOSE** the file.

    **DONE AND ORDERED** this 3rd day of November, 2016.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record

---

[1] By endorsed order, Plaintiff had until October 28, 2016 to file a response. (Dkt. 11).