UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILKA VEGA, on her own behalf and
for all others similarly situated,

      Plaintiff,

vs.                                                Case No. 8:16-cv-2562-T-27JSS

HEALTHCARE SERVICES GROUP,
INC.,

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation for Dismissal With Prejudice (Dkt. 15). Because the parties warrant that this dismissal is not a compromise of her Fair Labor Standards Act claim, this case is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] The file shall remain closed.

**DONE AND ORDERED** this 24th day of April, 2017.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record

---

[1] This action was stayed pending arbitration. (Dkt. 14).